**UNITED STATES DISTRICT COURT**
**Southern District of Indiana**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 1:18−cr−00397−JPH−MG |
| | ) |
| GREGORY HENDERSON<br>Defendant(s) | ) |

**ORDER OF RECUSAL/DISQUALIFICATION**

In accordance with the provisions of Title 28 U.S.C. §455, the undersigned hereby disqualifies himself/herself in this matter. The Clerk of Court is directed to randomly reassign this matter to another Judge, pursuant to the court's reassignment procedures.

IT IS SO ORDERED.

DATE: May 10, 2023

s/ Magistrate Judge Mario Garcia
United States District Court
Southern District of Indiana