# UNITED STATES DISTRICT COURT

## Southern District of Indiana

### Roger A. G. Sharpe

### Clerk of the Court

*46 East Ohio Street, Room 105*
*Indianapolis, Indiana*
*46204*

*921 Ohio Street*
*Terre Haute, Indiana*
*47807*

*101 Northwest MLK Boulevard*
*Evansville, Indiana*
*47708*

*121 West Spring Street*
*New Albany, Indiana*
*47150*

July 29, 2024

Re: UNITED STATES OF AMERICA v.
GREGORY HENDERSON
Cause Number: 1:18–cr–00397–JRS–KMB

TO ALL COUNSEL OF RECORD:

Pursuant to Title 28 U.S.C. §455, the above matter was reassigned from the docket of Judge Mario Garcia to the docket of Judge Kellie M. Barr on July 29, 2024. The cause number above has been changed to reflect the initials of the newly assigned district and/or magistrate judge. **Please note that cause number 1:18–cr–00397–JRS–KMB should be used on all future filings.**

Sincerely,

Roger A. G. Sharpe, Clerk of Court

By: _s/Camila Carrillo Garbiras_
Camila Carrillo Garbiras, Deputy Clerk